SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUN 14 2018
JULIA C. DUDLEY, CLERK
BY: HM Jenece
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) PETITION FOR WRIT OF HABEAS |
| | ) CORPUS AD PROSEQUENDUM |
| v. | ) |
| | ) Criminal No. 4:18-CR-00011-3 |
| | ) |
| KANAS LAMONTE'E TRENT | ) SEALED |

Your petitioner, United States of America, by Ronald M. Huber, Managing Assistant United States Attorney for the Western District of Virginia, respectfully shows:

1. That this case is a prosecution upon an indictment charging Title 18 U.S.C. § 1962(d); 18 U.S.C. § 1963; 18 U.S.C. § 1959(a)(1); 18 U.S.C. § 924(j); 18 U.S.C. § 924(c)(1)(A)(iii); and 1959(a)(3).

2. That the presence of the said defendant before the United States Magistrate Court for the Western District of Virginia at Roanoke, Virginia, scheduled for an initial appearance on June 14, 2018 at 3:30 p.m. [1:00] is necessary and he is now in custody of Danville City Jail, Danville, Virginia 24541.

WHEREFORE, your petitioner prays that a Writ Of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Western District of Virginia, or any other authorized United States Marshal, who shall bring the defendant before the Court at the above time and place.

Dated: 6/13/2018

_____
Assistant United States Attorney

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Danville City Jail, 212 Lynn Street, Danville, Virginia 24541
(434) 799-5130

IN THE EVENT THIS INMATE IS TO BE TRANSFERRED TO ANOTHER FACILITY BEFORE THE REQUESTED DATE OF APPEARANCE, PLEASE NOTIFY THE ASSISTANT U.S. ATTORNEY LISTED ABOVE AT (434)293-4283.

GREETINGS:

WE COMMAND YOU that you surrender the body of KANAS LAMONTE'E TRENT detained in the Danville City Jail, under your custody as it is said, to the United States Marshal

1

for the Western District of Virginia, or Special Agent Keith Scott, Federal Bureau of Investigation, and another deputized agent, who shall bring the defendant before the Court at the above time and place, to the end that his body will be before the United States Magistrate Court for the Western District of Virginia, at Roanoke, Virginia, on the 14th day of June, 2018, at ~~3:30~~ 1:00 p.m., or at such other time or times as the Magistrate Court may direct.

ENTER: This 13TH day of June 2018.

United States Magistrate Judge

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT
OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL:

TO EXECUTE:

WE COMMAND that you proceed to the Danville City Jail and remove therefrom the body of KANAS LAMONTE'E TRENT and produce him under safe and secure conduct before the United States Magistrate Court for the Western District of Virginia, at Roanoke, Virginia, on the 14th day of June, 2018, at ~~3:30~~ 1:00 p.m., or at such other time or times as the Magistrate Court may direct.

JULIA C. DUDLEY
CLERK OF COURT

BY: HMcDonald
Deputy Clerk

CUSTODY ASSUMED:

EXECUTED this _____ day of June, 2018.

BY: _____
United States Marshal/Deputy

RETURNED:

EXECUTED this _____ day of June, 2018.

BY: _____
United States Marshal/Deputy

SENTENCED STATE PRISONER:    No