# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

## CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT

Case No.: 4:18-cr-00011                     Date: 6/14/2018

| Defendants: | Counsel: |
|---|---|
| 3-Kanas Lamont'e Trent (state custody-writ) | 3-Michael Hemenway, CJA |
| 4- Deshaun Lamar Trent (state custody-writ) | 4-Chris Kowalczuk, CJA |
| 6- Shabba Larun Chandler | 6- Jeff Dorsey, CJA |
| 7-Matthew Ceasar Ferguson | 7- Allegra Black, FPD |
| 8- Ashley Tiana Ross | 8- Terry Grimes, CJA |
| 10- Tenikqua Fuller | 10- Correy Diviney, CJA |

PRESENT:  JUDGE: Joel Hoppe                TIME IN COURT: 1hr, 8min
          Deputy Clerk: K. Brown
          Court Reporter: JoRita Meyer
          U. S. Attorney: Ron Huber, Heather Carlton
          USPO: Mike Terry, Sami Cilek, Kim Falatic

## INITIAL APPEARANCE

☒ Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings.
☒ Defendant requests appointment of counsel. CJA 23 completed; counsel appointed.
☒ Defendant(s) 3,4, and 7 are not eligible for bond because he/she is currently in state custody.

## DETENTION

☒ Government moves for detention. (Can be continued for up to 3 days)
☒ Government moves for continuance of detention hearing.
☒ Detention hearings for Deft's 8 and 10 continued to 6/19/2018 at 2:30pm in Roanoke, VA.

## ARRAIGNMENT

☒ Defendant(s) waives reading of Indictment/Information.
☒ Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 3 | | 1,2,3,4,5,6,7 | | Kanas Lamont'e Trent/Michael Hemenway |
| 4 | | 1,2,3,4,5,6,7 | | Deshaun Lamar Trent/Chris Kowalczuk |
| 6 | | 1,2,3,4,5,6,7 | | Shabba Larun Chandler/Jeff Dorsey |
| 7 | | 1,2,3,4,5,6,7 | | Matthew Ceasar Ferguson/Allegra Black |

| 8 |  | 8,9,10,13,14-18,19,20-21 |  | Ashley Tiana Ross, Terry Grimes |
|---|---|---|---|---|
| 10 |  | 8 |  | Tenikqua Fuller/Correy Diviney |

☒ Jury trial set for TBD before Judge Urbanski.
☒ Defendant(s) remanded to custody.

Additional Information:
1:43
Parties present and represented by counsel.
Deft #3 is not currently present, but in transit.
Defendants placed under oath.
Defendants advised of rights and penalties, and arraigned.
Deft Deshaun Trent advises court of the correct spelling of his first name—Dashaun.  Government moves for correction   Granted.
Government moves for detention on each defendant as flight risks and dangers to the community.  Court addresses government regarding release for Deft's #8 Ross and #10 Fuller.  Objections from Deft#10.  Deft#4 does not contest detention due to his current state court issues.  Deft#6 does not contest detention at this time, but would reserve the right to request conditions be set in the future.   Deft#10 does contest detention and seeks bond today.  Deft #8 does contest detention and seeks bond today.
Government moves for 3 day continuance of the detention hearings due to agents/officers not being available today due to attempt to arrest remaining defendants.
Court grants the continuance.  Bond Hearings for #8 and #10 set for Tuesday, 6/18/2018 at 2:30pm in Roanoke, VA.
Government addresses discovery issues.
Adjourned.
2:32
(49 min)

Recess

4:03
Parties present and represented by counsel.
Defendants placed under oath.
Defendants advised of rights and  penalties, and arraigned.
Government moves for detention.
Defendants do not contest detention at this time as each is currently in state or federal custody.
Government addresses discovery issues.
Adjourned.
4:22
(19 min)