# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF VIRGINIA

### Danville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 4:18cr00011 |
| | ) | |
| KANAS LAMONT'E TRENT, | ) | |
| | ) | |
| Defendant. | ) | |

## RESPONSE TO COURT'S ORDER REGARDING JURY QUESTIONNAIRE

Comes now the defendant, Kanas L. Trent, by counsel, and submits this response to the Court's Order, ECF 441, directing the parties to file any comments, suggestions, or objections regarding the Jury Questionnaire.

1. We submit that the Jury Questionnaire should elicit the potential juror's self-identified race, adding Question 4(c): Race or ethnic background:_____

2. We submit that the Jury Questionnaire should elicit the potential juror's prior employment if presently retired, adding Question 7(b): If you are retired, where did you work beforehand and what was the nature of your work? _____

3. We join the objections made and the suggestions offered by Defendant Deshaun Lamar Trent in his Response, ECF 450, at pages 2-5, under the heading "II: Revised Questions."

Respectfully submitted this 9th day of May, 2019.

KANAS LAMONT'E TRENT

By Counsel

          /s/
Michael T. Hemenway, VSB #29820
700 E. High Street
Charlottesville, VA  22902
Tel.: (434) 296-3812
Fax: (434) 293-3630
hemenwaylaw@aol.com

Bonnie J. Lepold (VSB #44926)
Lepold & Freed, PLLC
414 East Market Street, Suite A
Charlottesville, VA 22902
(434) 282-2380 (telephone)
(434) 282-2382 (facsimile)
blepold@lepoldfreed.com

*Counsel for Mr. Trent*

# CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 9th day of May, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all parties.

                                                  /s/
                                   Michael T. Hemenway, VSB #29820
                                   Counsel for the Defendant