IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA

**Danville Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | Case No. 4:18cr00011 |
| | ) | |
| **KANAS LAMONT'E TRENT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF DEFENDANT'S JOINDER IN THE RESPONSE OF DASHAUN TRENT IN OPPOSITION TO UNITED STATES' NOTICE OF INTENT TO INTRODUCE RULE 404(b) EVIDENCE**

COMES now the defendant, Kanas L. Trent, by counsel, and hereby give NOTICE of his intent to join the Response of Dashaun Trent, filed on September 7, 2019, at ECF 717, to a Notice of Intent to Introduce Rule 404(b) Evidence filed by the United States at ECF 651.

Respectfully submitted this 9th day of September, 2019.

                                                    Kanas Lamont'e Trent

                                                    By Counsel

_____/s/_____
Michael T. Hemenway, VSB #29820
700 E. High Street
Charlottesville, VA 22902
Tel.: (434) 296-3812
Fax: (434) 293-3630
hemenwaylaw@aol.com

Bonnie J. Lepold (VSB #44926)
Lepold & Freed, PLLC
414 East Market Street, Suite A
Charlottesville, VA 22902
(434) 282-2380 (telephone)
(434) 282-2382 (facsimile)

blepold@lepoldfreed.com

*Counsel for Mr. Trent*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of September, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all parties.

                                                                                                                                                                   /s/  
                                                    Michael T. Hemenway  
                                                    Counsel for the Defendant